UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RIAZ KHAN,                              :        CIVIL NO: 1:25-cv-02098
                                        :
        Petitioner,                     :        (Judge Saporito)
                                        :
        v.                              :        (Magistrate Judge Schwab)
                                        :
                                        :
CRAIG LOWE, *et al*.,                   :
                                        :
        Respondents.                    :

## <u>ORDER</u>
January 27, 2026

Upon consideration of the respondents' motion for enlargement time to file their supplemental brief, **IT IS ORDERED** that the motion (*doc. 14*) is **GRANTED**. The respondents shall file their supplemental brief on or before **February 11, 2026**. The petitioner shall file a responsive brief within 7 days of being served with a copy of the respondents' supplemental brief. The respondents may file a reply brief within 7 days of being served with a copy of petitioner's responsive brief.

<u>**S/Susan E. Schwab**</u>
Susan E. Schwab
United States Magistrate Judge